# Fax Cover Sheet



## Giles County Board of Education
270 Richland Dr.
Pulaski, TN 38478
931-363-4558
Fax # 931-363-8975

| Send to: Thomas H. Castelli | From: Phillip Wright |
|---|---|
| Attention: " " | Date: 8/31/2015 |
| Office Location: ACLU / Nashville, TN | Office Location: Giles County Board |
| Fax Number: 615-691-7219 | Phone Number: 931-363-8975 |

☒ Urgent
❏ Reply ASAP
❏ Please comment
❏ Please Review
❏ For your Information

Total pages, including cover:

**Comments:**

# GILES COUNTY BOARD OF EDUCATION
### 270 RICHLAND DRIVE
### PULASKI, TENNESSEE 38478

PHILLIP J. WRIGHT
Director of Schools
Telephone (931) 363-4558
Fax Number (931) 363-8975

RICHIE BREWER - CHAIR
JOY MCMASTERS – V-CHAIR
DAVID WAMBLE

EDWIN LOVELL
RHONDA TURNER
BILL HOLT

To: ACLU Thomas H. Castelli
From: Phillip J. Wright
Date: Tuesday August 25, 2015

Mr. Castelli,

In response to your letter, dated 8/18/2015 the intent of the principal and myself was to protect the student. Due to the nature of the shirt's writing and the environment of the school, Rebecca Young would have been bullied or harassed by other students. The shirt's writing would have caused a disturbance in the educational environment of Richland School. I do believe this is following the law and believe it does follow in the intent of *Tinker v. Des Moines Independent School District 393 U.S. 503,506 (1969)*.

The principal has the autonomy to evaluate the nature of his school and what constitutes a situation that would erupt into a substantial interruption of the learning environment. Giles County Board Policy 6.310 states *"In order to maintain an atmosphere conducive to learning and to prepare students for working environment, the Giles County School System requires that all students, grades K-12, exercise good taste with regard to their personal appearance. Attire considered disruptive or risky to health or school/personal safety is not appropriate.* GCBOE Policy 6.310 also states, *"When a student is attired in a manner which is likely to cause disruption or interference with the operation of the school, the principal shall administer appropriate punishment, which may include suspension and/or expulsion."* The principal only requested she not wear the shirt again, with no punishment, only a warning.

It is our intent, and the Board's intent to protect all students interest but not at the expense of student's safety and their learning environment.

I look forward to your response.

*Phillip J. Wright*
Phillip J. Wright

Director Giles County Schools