IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| REBECCA YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 1:15-cv-00107 |
| v. | ) | CHIEF JUDGE SHARP |
| | ) | JURY DEMAND |
| GILES COUNTY BOARD OF | ) | |
| EDUCATION, PHILLIP J. WRIGHT | ) | |
| In his individual and official capacity | ) | |
| As Director of Schools for Giles County, | ) | |
| Tennessee, and MICAH LANDERS, in | ) | |
| His individual and official capacity as | ) | |
| Principal of Richland High School, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF PHILLIP J. WRIGHT

The undersigned, Phillip J. Wright, after being duly sworn according to law, states:

1. I am the Director of Schools for Giles County School District in Giles County, Tennessee and I am over the age of 18 years. I have personal knowledge of the facts stated herein, and I am competent to testify about those facts.

2. On the afternoon of August 5, 2015, Mrs. Young telephoned me to discuss Mr. Landers' conversation with Rebecca about her t-shirt I advised her that I concurred with Mr. Landers.

3. The dress code in question prohibits clothing and accessories bearing slogans that prove to be a disturbing influence. (See **Exhibit A** attached hereto).

Further affiant sayeth not.

*Phillip J. Wright* (signed)
Phillip J. Wright

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

    Subscribed and sworn to before me this 4th day of January, 2016.

*Rose Yvonne Brown* (signed)
Notary Public

My commission expires: 01/24/2017

        Respectfully submitted,

        */s/Robyn Beale Williams*
        Robyn Beale Williams, BPR #19736
        **FARRAR & BATES, LLP**
        211 Seventh Avenue North, Suite 500
        Nashville, Tennessee 37219
        (615) 254-3060
        (615) 254-9835 Fax
        robyn.williams@farrar-bates.com
        *Counsel for Giles County Board of Education, Phillip J. Wright, in his individual and official capacity as Director of Schools for Giles County, Tennessee, and Micah Landers, in his individual and official capacity as Principal of Richland High School*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of January 2016, a true and correct copy of the foregoing has been forwarded via the U.S. District Court's electronic notification system to:

Mark J. Downton
THE LAW OFFICE OF MARK J. DOWNTON
5654 Amalie Drive
Nashville, TN 37211
lawyerdownton@gmail.com
*Counsel for Rebecca Young*

Thomas H. Castelli
ACLU (NASHVILLE OFFICE)
P O Box 120160
Nashville, TN 37212
tcastelli@aclu-tn.org
*Counsel for Rebecca Young*

        */s/ Robyn Beale Williams*
        Robyn Beale Williams

{FB394376 / LGPC 5371 }

Case 1:15-cv-00107   Document 17   Filed 01/05/16   Page 3 of 3 PageID #: 109