# Giles County Board of Education

| Monitoring: | Descriptor Term: | Descriptor Code: | Issued Date: |
|---|---|---|---|
| Review: Annually, in April | **Dress Code** | 6.310 | 05/08/08 |
| | | Rescinds: 4.09 | Issued: 07/20/99 |

In order to maintain an atmosphere conducive to learning and to prepare students for working environment, the Giles County School System requires that all students, grades K-12, exercise good taste with regard to their personal appearance. Attire considered disruptive or risky to health or school/personal safety is not appropriate.

Students shall dress and groom in a clean, neat and modest manner so as not to distract or interfere with the operation of the school.

Students are prohibited from wearing while on school property, any type of clothing, apparel or accessory which denotes such student's membership in or affiliation with any gang associated with criminal activities. The local law enforcement agency shall advise the local board, upon request, of gangs which are associated with criminal activities.

Clothing and accessories bearing slogans that are about or suggestive of drugs, alcohol, sex, obscenities or prove to be a disturbing influence shall not be allowed in the Giles County School System.

More specific guidelines appropriate for each level of school (elementary, middle, and senior high) may be developed. Principals, faculty members and students shall be involved in the development of each appropriate set of guidelines.

When a student is attired in a manner which is likely to cause disruption or interference with the operation of the school, the principal shall administer appropriate punishment, which may include suspension and/or expulsion.

If a student cannot comply with the standardized dress code based on religious beliefs or medical reasons, his/her parent or guardian may write a letter explaining the situation to the school principal. Each case will be dealt with on an individual basis.

Cross References:

Discipline Procedures 6.313
Suspension/Expulsion/Remand 6.316