*Melissa McClure*
*Timothy K. Webb*

8-22-12

## Bullying Protocol

When Rebecca feels that she is being bullied, harassed, feels unsafe, or feels threatened, she is to report the incident to the classroom teacher, Dr. McClure, or Dr. Webb. Rebecca will be supplied with Dr. McClure's daily schedule which will include room numbers and class times where she can be found.

Dr. McClure will find a safe place for Rebecca to stay (with Mrs. Symonds or the front office) until she feels safe to return to class. During this time, Rebecca will write her account of what happened. Meanwhile, Dr. McClure will report the incident to the administration (Dr. Webb, Mrs. Casey, or Mrs. Franklin).

The administration will question each student involved in the incident separately, including Rebecca. In addition, any witnesses to the incident will be questioned. If a student is found guilty of bullying, he or she will be administered consequences.

Examples of Consequences
1. Admonishment/conference with student (verbal warning)
2. Written warning
3. Temporary removal from the classroom
4. Deprivation of privileges
5. Parental Notification – Phone call to parent
6. Detention
7. In-school suspension
8. Out-of-school suspension
9. Legal action
10. Report to law enforcement if required

Dr. McClure will keep a written log of bullying reports and conclusions.

Dr. McClure will call Mrs. Gelinda Young and report the incident and its conclusions.

*I approve of these guide lines,*
*Rebecca Young*