IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REBECCA YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 1:15-cv-00107 |
| v. ) | CHIEF JUDGE SHARP |
| ) | JURY DEMAND |
| GILES COUNTY BOARD OF ) | |
| EDUCATION, PHILLIP J. WRIGHT ) | |
| In his individual and official capacity ) | |
| As Director of Schools for Giles County, ) | |
| Tennessee, and MICAH LANDERS, in ) | |
| His individual and official capacity as ) | |
| Principal of Richland High School, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF ROBYN BEALE WILLIAMS

The undersigned, Robyn Beale Williams, after being duly sworn according to law, states:

1. I am an attorney at law in the state of Tennessee and over the age of 18 years. I have personal knowledge of the facts stated herein, and I am competent to testify about those facts.

2. I have been assigned the representation of Defendants Giles County Board of Education, Phillip J. Wright, and Micah Landers in the above-captioned matter.

3. After speaking with my clients, it was my understanding that they were served on December 1, 2015 and believed that a responsive pleading was due by December 22, 2015.

4. I met with the defendants to begin gathering information responsive to the complaint and motion. However, potential witnesses with information pertinent to the issues in this case were on break due to the holidays.

5. On December 18, 2015 I contacted Plaintiff's counsel to obtain an extension of time to respond to the Complaint and Motion. Plaintiff's counsel agreed to extend the deadline to respond to the pleadings until December 31, 2015. Prior to filing a motion with the Court, an order issued.

6. Due to internet issues, I was unable to finalize and file the responsive pleading until I returned to my office January 4, 2016.

Further affiant sayeth not.

                                                     _/s/ Robyn Beale Williams_
                                                    Robyn Beale Williams

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

        Subscribed and sworn to before me this **5TH** day of January, 2016.

                                                    _/s/ Notary_
                                                   Notary Public

My commission expires: _____

[Notary Seal: NATALIE FORSYTH, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY — My Comm. Expires October 18, 2016]

Respectfully submitted,

*/s/Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
(615) 254-3060
(615) 254-9835 Fax
robyn.williams@farrar-bates.com
*Counsel for Giles County Board of Education, Phillip J. Wright, in his individual and official capacity as Director of Schools for Giles County, Tennessee, and Micah Landers, in his individual and official capacity as Principal of Richland High School*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of January 2016, a true and correct copy of the foregoing has been forwarded via the U.S. District Court's electronic notification system to:

Mark J. Downton
THE LAW OFFICE OF MARK J. DOWNTON
5654 Amalie Drive
Nashville, TN 37211
lawyerdownton@gmail.com
*Counsel for Rebecca Young*

Thomas H. Castelli
ACLU (NASHVILLE OFFICE)
P O Box 120160
Nashville, TN 37212
tcastelli@aclu-tn.org
*Counsel for Rebecca Young*

*/s/ Robyn Beale Williams*
Robyn Beale Williams