## Bullying Behavior Report Form

Date received __10/1/15__  Date entered _____

Name of student(s) engaging in bullying behavior
____[REDACTED]____ and ____[REDACTED]____

Name of targeted student(s) __[REDACTED]__

Date and time of incident _____

Location of incident __band room__

Behavior was witnesses/reported (circle one) by _____

Person completing the report __S. Quigley__

Student signature _____

Bullying behavior was:

**Physical**
- Hitting
- Kicking
- Pushing
- Harming Property
- Other_____

**Social**
- (Gossiping)
- Spreading rumors
- Ostracizing
- Humiliating
- Other _laughing at her_

**Emotional**
- Insulting gestures
- (Name-calling) "snitch" "Lesbian"
- Teasing
- Other_____

Teacher notes: What was done.

Referred/reported by [REDACTED] as reported to her by [REDACTED]
Disrespectful to band teacher (Huckeby) - They are causing class to have write offs - they're disruptive + non compliant with instructions
Gave warning - "stay away from [REDACTED] - don't look @ her, don't talk to her"

# Bullying Behavior Report Form

Name of student(s) engaging in bullying behavior ███████████████

Name of targeted student(s) ████████ and ████████

Date and time of incident _9-3-14_ ~~1:50 pm~~ 7th period

Location of incident _Mrs. Shelton's room_

Behavior was witnessed/reported (circle one) by _____

Person completing the report _Laura Jane Reynolds for S. Shelton_

Bullying behavior was: Highlight or circle

| Physical | Social | Emotional |
|---|---|---|
| Hitting | Gossiping | Insulting gestures |
| Kicking | **(Spreading rumors)** | **(Name-calling)** |
| Pushing | Ostracizing | Teasing |
| Harming property | Humiliating | Other _calling Lesbians + what they do to each other_ |
| Other _____ | Cyberbullying _____ | |

Consequences given: _C. White talked to him about what is appropriate. 2nd time talked w/ re: bullying behaviors. C. White stated next time a letter will be sent home to parents._

---

Mrs. Shelton told me about this because it happened in her class. She did not witness it and asked me to send the girls to Mrs. White when she was available.