IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REBECCA YOUNG, | ) |
| Plaintiff, | ) |
| | ) No.: 1:15-cv-00107 |
| v. | ) CHIEF JUDGE SHARP/ |
| | ) MAGISTRATE JUDGE BROWN |
| GILES COUNTY BOARD OF | ) |
| EDUCATION, PHILLIP J. WRIGHT | ) JURY DEMAND |
| In his individual and official capacity | ) |
| As Director of Schools for Giles County, | ) |
| Tennessee, and MICAH LANDERS, in | ) |
| His individual and official capacity as | ) |
| Principal of Richland High School, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through counsel, hereby give notice and agree, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiff hereby dismisses **with prejudice** all claims against all defendants in the above matter. Therefore, Plaintiff's claims against all of these defendants are hereby voluntarily dismissed from this action **with prejudice**.

This concludes all matters in their entirety for the above-styled case.

AGREED this 15th day of August, 2016.

Respectfully submitted,

*/s/ Mark J. Downton*
Mark J. Downton, #020053
**THE LAW OFFICE OF MARK J. DOWNTON**
2706 Larmon Avenue
Nashville, TN 37204
(615) 236-1440
lawyerdownton@gmail.com
ACLU Cooperating Attorney


*/s/ Thomas H. Castelli*
Thomas H. Castelli, #24849
**AMERICAN CIVIL LIBERTIES UNION**
**FOUNDATION OF TENNESSEE**
P.O. Box 120160
Nashville, Tennessee 37212
615-320-7142
615-691-7219 (Fax)
tcastelli@aclu-tn.org

*Attorneys for Plaintiff*


*/s/ Robyn Beale Williams*
Robyn Beale Williams, #19736
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
615-254-3060
615-254-9835 (Fax)
robyn.williams@farrar-bates.com
*Attorney for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this <u>  15th</u> day of <u>August</u> 2016, a true and correct copy of the foregoing has been forwarded via the U.S. District Court's electronic notification system to:

Mark J. Downton
THE LAW OFFICE OF MARK J. DOWNTON
2706 Larmon Avenue
Nashville, TN 37204
lawyerdownton@gmail.com
*Counsel for Rebecca Young*

Thomas H. Castelli
**AMERICAN CIVIL LIBERTIES UNION**
**FOUNDATION OF TENNESSEE**
P O Box 120160
Nashville, TN 37212
tcastelli@aclu-tn.org
*Counsel for Rebecca Young*

>                         */s/ Robyn Beale Williams*
>                         Robyn Beale Williams